EGNER v. PARSHELSKY BROS., Inc.

In re FOOTE.

(Circuit Court of Appeals, Second Circuit. April 16, 1919.)

No. 207.

BANKRUPTCY ☞166(3)—PREFERENCE—KNOWLEDGE OF INSOLVENCY.

A defendant *held* to have had knowledge that a bankrupt was insolvent at the time it took back property previously sold to him, which rendered the transaction a preference.

Appeal from the District Court of the United States for the Eastern District of New York.

Suit in equity by Henry W. Egner, trustee in bankruptcy of George P. Foote, against Parshelsky Bros., Incorporated. Decree for complainant, and defendant appeals. Affirmed.

For opinion below, see 254 Fed. 907.

H. S. & C. G. Bachrach, of Brooklyn, N. Y., for appellant.
Hastings & Gleason, of New York City, for appellee.

Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

———

THE ROSABEL.

(Circuit Court of Appeals, Second Circuit. May 14, 1919.)

No. 217.

TOWAGE ☞11(9)—INJURY TO TOW—LIABILITY OF TUG.

Injury to a tow in rough weather *held* not due to violation or negligent performance of the towage contract, which rendered the tug liable.

Appeal from the District Court of the United States for the Eastern District of New York.

Suit in admiralty by Nicola Capiello against the steam tug Rosabel; George W. Wilson, claimant. Decree for respondent, and libelant appeals. Affirmed.

John A. Anderson, of New York City, for appellant.
Macklin, Brown & Purdy, of New York City (William F. Purdy, of New York City, of counsel), for appellee.

Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes